Christopher WINTER, deceased
employee, by Karen Winter
Ott, Respondent,

v.

D.J. KRANZ, and CNA Commercial
Insurance, Relators.

No. A04–730.

Supreme Court of Minnesota.

July 22, 2004.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed March 31, 2004, be, and the same is, affirmed without opinion. See Minn. R. Civ.App. P. 136.01.

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/Helen M. Meyer
Associate Justice